ENGELHARD CORPORATION v. SUTTON WOODBRIDGE ASSOCIATES.

January 23, 1984.

This matter having been duly considered and the Court having determined that certification was improvidently granted; It is ORDERED that the within appeal be and hereby is dismissed. (See 94 *N.J.* 583 (1983))

STATE OF NEW JERSEY v. KEITH EARL ALFORD.

January 23, 1984.

Petition for certification denied.

IRELAND EHRET v. UNETTE CORPORATION.

January 23, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN LEE WINTER.

January 23, 1984.

Petition for certification denied.